**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff,

v.

OMAR SALCEDO,

        Defendant.

2:18-CR-00340-APG-VCF

**ORDER**

Before the Court is Omar Salcedo's motion for sentencing transcript. (ECF No. 82).

Jason G. Weiner, Esq. is retained counsel of record for Omar Salcedo. (ECF No. 48). Salcedo filed the instant motion on his own behalf. (ECF No. 82).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

The Clerk of Court is directed to STRIKE Omar Salcedo's motion for sentencing transcript (ECF No. 82) from the docket.

IT IS HEREBY ORDERED that defense counsel Jason G. Weiner, Esq. is directed to provide a copy of this order to Salcedo. If Salcedo desires to pursue court action, he must ask his attorney to bring a motion on his behalf.

DATED this 10th day of January 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE